KANN et al. v. COOPER.

(Supreme Court, Appellate Term.   May 7, 1909.)

NEGLIGENCE (§ 134*)—EVIDENCE—SUFFICIENCY.

    Where plaintiff's evidence, in an action for damages caused by water from defendant's rooms, over plaintiff's rooms, failed to show defendant's negligence, or to overcome defendant's evidence that the water flowed from rooms not occupied by defendant, a judgment for plaintiff will be reversed, as not supported by evidence.

    [Ed. Note.—For other cases, see Negligence, Cent. Dig. § 267; Dec. Dig. § 134.*]

Appeal from Municipal Court, Borough of Manhattan, Ninth District.

Action by George E. Kann and another, doing business under the name of G. E. Kann & Co., against Michael Cooper. From a judgment for plaintiffs, defendant appeals. Reversed.

Argued before GILDERSLEEVE, P. J., and DAYTON and GOFF, JJ.

Ira Bliss Stewart, for appellant.

Harry Kempner, for respondents.

PER CURIAM. Action to recover $20 damages caused by water from defendant's premises, viz., a loft over that of plaintiffs. The evidence offered by plaintiff, not only failed to show defendant's negligence, but did not overcome defendant's proof that the water complained of came from a loft above that occupied by defendant. The

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

damages awarded were not established by anything more than the say-so of the witnesses.

Judgment reversed, and new trial ordered, with costs to appellant to abide the event.